# United States Bankruptcy Court
### Western District of Wisconsin

In re   **Stephanie L Mingo**                                            Case No.   **3-19-12695**
                            Debtor(s)                                    Chapter    **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Stephanie L Mingo**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- ■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- ☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- ☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **August 13, 2019**                      Signature  **/s/ Stephanie L Mingo**
                                                         **Stephanie L Mingo**
                                                         Debtor