## Change of Address Obtained from Postal Mail Return:

November 7, 2019

Stephanie L Mingo
2989 Arapaho Dr
Fitchburg, WI 53719-5125

RE: Case Number 19-12695-13